FILED
2004 Nov-29  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States Court of Appeals
## For the Eleventh Circuit

No. 03-15722

District Court Docket No.
02-00593-CR-BE-M

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Oct 15, 2004

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

WALTER COOKSEY, III,

    Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Alabama

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: October 15, 2004
For the Court: Thomas K. Kahn, Clerk
By: Jackson, Jarvis

ISSUED AS MANDATE
NOV 1 6 2004
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 03-15722
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 1 5 2004
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00593-CR-BE-M

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WALTER COOKSEY, III,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Alabama

(OCTOBER 15, 2004)

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Walter Cooksey III pleaded guilty to two counts of sexual exploitation of

children, in violation of 18 U.S.C. § 2251(a), and three counts of coercion and enticement of a minor to travel in interstate commerce to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422. Charles Linton, appointed counsel for Cooksey in this direct appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Independent review of the entire record reveals no issues of arguable merit. Counsel's motion to withdraw is GRANTED. Cooksey's conviction and sentence are AFFIRMED.



04 NOV 17 PM 4:49

Perry D. Mathis
Clerk, U.S. District Court
1729 Fifth Avenue North, #140
Birmingham AL 35203

November 16, 2004

**Appeal Number: 03-15722-FF**
Case Style: USA v. Walter Cooksey, III
District Court Number:  02-00593 CR-BE-M

TO:   Perry D. Mathis

CC:   Charles Scott Linton

CC:   Mary Stuart Burrell

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2004

Perry D. Mathis
Clerk, U.S. District Court
1729 Fifth Avenue North, #140
Birmingham AL 35203

**Appeal Number: 03-15722-FF**
Case Style: USA v. Walter Cooksey, III
District Court Number: 02-00593 CR-BE-M

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
  Original Exhibits, consisting of: one psi  /shred
  Original record on appeal or review, consisting of: four volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (03-2004)